

**IT IS ORDERED as set forth below:**

**Date: March 21, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: <br><br> HAMBY, NANCY GODWIN, <br>                                 Debtor | CHAPTER 7 <br><br> CASE NO. 16-20092-JRS <br><br> HONORABLE JAMES R. SACCA |
|---|---|

<u>ORDER GRANTING
CHAPTER 7 TRUSTEE'S FEE APPLICATIONS FOR COMPENSATION TO
CHAPTER 7 TRUSTEE, ATTORNEY FOR TRUSTEE, AND ACCOUNTANT FOR
TRUSTEE</u>

**IT APPEARING,** that ALBERT F. NASUTI, Chapter 7 Trustee, filed Final Applications for Compensation for Services and Reimbursement of Expenses to Chapter 7 Trustee, Attorney for Trustee, and Accountant for Trustee (Docket No. 36). The Notice of Hearing was filed and served by mail on all creditors and parties in interest, as evidenced by the Certificate of Service, both filed on February 20, 2019 (Docket No. 37). The hearing came before this Court as regularly scheduled on March 14, 2019, and the Trustee having appeared, and the U.S. Trustee having filed no objection to the application, and the Court having reviewed the application and having heard from the parties, and it appearing that the application is proper and should be granted, it is hereby,

**ORDERED, ADJUDGED, and DECREED,** that the Application of Trustee for

Compensation is hereby **APPROVED**, and the Trustee is awarded final compensation in the amount of $2,656.06 and reimbursement of expenses of $145.41; and also

**ORDERED,** that the Application of Attorney for Trustee for Compensation is hereby **APPROVED**, and THOMPSON, O'BRIEN, KEMP & NASUTI, P.C. is awarded final compensation in the amount of $5,961.50 and reimbursement of expenses of $52.53; and also

**ORDERED,** that the Application of Accountant for Trustee for Compensation is hereby **APPROVED** and STONEBRIDGE ACCOUNTING & FORENSICS, LLC is awarded final compensation in the amount of $892.50 and reimbursement of expenses of $42.65.

**END OF DOCUMENT**

PREPARED AND PRESENTED BY:

/s/  *Albert Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
GA Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
Tel: (770) 925-0111
anasuti@tokn.com

In Re:  HAMBY, NANCY GODWIN
Chapter 7 Case No. 16-20092-JRS

## IDENTIFICATION OF PARTIES TO BE SERVED

Pursuant to B.L.R. 9013-3(c)(2), the following is a list of the names and addresses to be served with a copy of the foregoing Order:

DEBTOR:                        HAMBY, NANCY GODWIN
                               4060 ETCETERA LN
                               CUMMING, GA  30041-5494

ATTORNEY FOR DEBTOR:           Morrow, John Michael
                               SUITE 250
                               3675 CRESTWOOD PKWY.
                               Duluth, GA  30096--505

U.S. TRUSTEE:                  Office of the United States Trustee
                               362 Richard B. Russell Building
                               75 Ted Turner Drive, SW
                               Atlanta, GA  30303